UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BONNILYN A. MASCIO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** |
| | ) No. 2:11-CV-65-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, subsequent to ruling on appeal of the United States Court of Appeals for the Fourth Circuit.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered May 12, 2015, that the denial of benefits is vacated and this case is remanded to the Commissioner for further administrative proceedings in accordance with the opinion of the United States Court of Appeals for the Fourth Circuit entered March 18, 2015.

**This Judgment Filed and Entered on May 12, 2015, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 12, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |