IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CV-65-FL

| | |
|---|---|
| BONNILYN A. MASCIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER FOR ATTORNEY FEES** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

Plaintiff filed a Petition for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (E.A.J.A.), on June 11, 2015, requesting $15,427.50 in fees. The parties jointly filed a Stipulated Consent Motion, noting that the parties had agreed to settle the E.A.J.A. claim for $13,000.00 in Attorney Fees.

Accordingly, the Court hereby directs the Defendant to pay Plaintiff $13,000.00 in full satisfaction of any claim for fees, costs, and other expenses pursuant to E.A.J.A., and directs that this case be closed.

SO ORDERED this   24th   day of         June   , 2015.

_____
JUDGE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE